**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

UNITED STATES OF AMERICA,

vs.                                                    CASE NO. 8:94-CR-212-T-17-EAK

CHERYL HOWARD

_____/

**ORDER**

This cause comes before the Court on the defendant's motion for modification or reduction of sentence (Docket No. 95) and response thereto (Docket No. 97). The Court finds the response of the government persuasive and incorporates the response herein. Accordingly, it is.

**ORDERED** that defendant's motion for immediate deportation (Docket No. 389) be **denied**.

**DONE AND ORDERED** in Chambers in Tampa, Florida this 21st day of November, 2007.



ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies furnished to: All Counsel of Record