**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

UNITED STATES OF AMERICA,

vs.  CASE NO. 8:94-CR-212-T-17

CHERYL HOWARD
_____/

### ORDER

This cause comes before the Court on the defendant's motion to reconsider (Docket No. 101) and response thereto (Docket No. 103). The Court finds the response of the government persuasive and incorporates the response herein. Accordingly, it is.

**ORDERED** that defendant's motion to reconsider (Docket No. 101) be **denied**.

**DONE AND ORDERED** in Chambers in Tampa, Florida this 7th day of April, 2008.



ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies furnished to: All Counsel of Record